**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**Bank of America, N.A.**, successor by
Merger to BAC Home Loans Servicing, LP,
f/k/a Countrywide Home Loans Servicing,
LP,

    Plaintiff,

Case No. 12-cv-0913-MJR-SCW

vs.

**Wayne M. Cavalier**, *et al.*,

    Defendants.

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE, AND ORDER OF POSSESSION

**The Court being presented Plaintiff's Motion for Order Confirming Sale, Order of Possession and Order Approving Report of Sale and Distribution – rules as follows:**

      On June 24, 2014 the undersigned District Judge granted Plaintiff's Rule 55(b) Combined Motion for Judgment as to Defendants (Doc. 47) – resulting in an Order of Foreclosure and Sale being entered (Doc. 46). A Judgment of Foreclosure was entered on that same day (Doc. 48). Plaintiff previously moved to appoint a Special Commissioner for the purpose of conducing a public foreclosure sale (Doc. 45), pursuant to Section 1507 & 1506(f) of the Illinois Mortgage Foreclosure Law ("IMFL") and 28 U.S.C. §2001(a) (Doc. 45), which the Court granted without objection (Doc. 49).

Now, after that sale was conducted, the case comes before the Court on Plaintiff's Motion for Order Approving Report of Sale and Distribution, Confirming Sale and Order of Possession (Doc. 50), confirming the sale of the premises which are the subject of this matter and described as:

**the property is otherwise described in the St. Clair County Records as:**

    PART OF LOTS LETTERED "B" AND "C" OF THE "RESUBDIVISION OF LOTS NO. 1 AND 2 OF PHILLIPS ADDITION TO THE CITY OF BELLEVILLE"; REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER`S OFFICE OF ST. CLAIR COUNTY, ILLINOIS, IN BOOK OF PLATS "O" ON PAGE 38, DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING ON THE SURVEY THEREOF AT A POINT IN THE EAST LINE OF OAK STREET, DISTANT 43.20 FEET NORTH OF THE POINT OF INTERSECTION OF THE EAST LINE OF OAK STREET WITH THE NORTH LINE OF "D" STREET, AND RUNNING THENCE SOUTH, ALONG THE EAST LINE OF OAK STREET, A DISTANCE OF 43.20 FEET TO SAID POINT OF INTERSECTION OF THE EAST LINE OF OAK STREET WITH THE NORTH LINE OF "D" STREET, THENCE RUNNING EAST, ALONG THE NORTH LINE OF "D" STREET, A DISTANCE OF 158 FEET TO THE POINT OF INTERSECTION OF THE NORTH LINE OF "D" STREET WITH THE SOUTHWESTERLY LINE OF DOUGLAS AVENUE, THENCE RUNNING NORTH 41 DEGREES 14 MINUTES WEST ALONG THE SOUTHWESTERLY LINE OF DOUGLAS AVENUE, A DISTANCE OF 57.60 FEET TO A POINT, RUNNING THENCE WEST, ON A LINE PARALLEL WITH THE NORTH LINE OF "D" STREET, A DISTANCE OF 120.15 FEET TO THE POINT OF BEGINNING.

PIN: 08-22-0-309-004

**commonly known as 401 North Douglas Avenue, Belleville, IL 62220, St. Clair County**

The Court **FINDS** that all notices required by 735 ILCS 5/15-1507(c) were given, including a Notice of Special Commissioner Sale. The Court further **FINDS** that the sale was fairly and properly made, and that the Special Commissioner proceeded in accordance with the terms of this Court's Judgment and that justice was done.

The Court **GRANTS** Plaintiff's Motion (**Doc. 50**) and **ORDERS** that the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed; that the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution; and that the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved.

The Court further **ORDERS** that an *in rem* deficiency judgment in the sum of $66,870.30 with interest thereon as provided by statute be entered against the subject property and that the special right to redeem (if applicable under 735 ILCS 5/15-1604) shall expire 30 days after the entry of this Order. Further, the Court **FINDS** that 735 ILSC 5/9-117 is not applicable to this Order, pursuant to the IFML.

Upon request by the successful bidder and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner **SHALL** execute and deliver to the successful bidder or assignee a deed sufficient to convey title.

Concerns about the real property should be directed to:

Grantee or Mortgagee:    Rushmore Loan Management Servicer
Contact:                 Mo Leng

| | |
|---|---|
| Address: | 15480 Laguna Canyon Road |
| | Irvine, CA 92618 |
| Telephone: | 949-341-5633 |

The Court further **ORDERS** that the successful bidder is entitled to and shall have possession of the premises as of a date 30 days after the entry of this order, without further Order by the Court, as provided in 735 ILCS 5/15-1701. The Sheriff of St. Clair County, Illinois, is **DIRECTED** to evict and dispossess Defendants Wayne M. Cavalier from the premises if necessary.

Finally, the Court **ORDERS** that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, state or local, and that the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

**IT IS SO ORDERED.**
**DATED: August 13, 2015**

*s/ Michael J. Reagan*
**MICHAEL J. REAGAN**
**Chief Judge**
**U.S. District Court**